KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102
　　Telephone: (415) 436-6915
　　FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYED MANSOOR HASHMI, ) <br> ) <br> 　　　　Plaintiff, ) <br> ) <br> 　　v. ) <br> ) <br> ALBERTO GONZALES, Attorney General of ) <br> the United States; MICHAEL CHERTOFF, ) <br> Secretary of the Department of Homeland ) <br> Security; EDUARDO AGUIRRE, Director of ) <br> United States Citizenship & Immigration ) <br> Services; ROBERT MUELLER, Director of the ) <br> Federal Bureau of Investigations; CHRISTINA ) <br> POULOS, Acting Director of the California ) <br> Service Center, ) <br> ) <br> 　　　　Defendants. ) <br> _____ ) | No. C 06-2387 MMC <br><br> **STIPULATION TO DISMISS AND** <br> **[PROPOSED] ORDER** |

　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

　　Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 06-2387 MMC

| | | |
|---|---|---|
| 1 | Date: May 10, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 7 | | |
| 8 | Date: May 10, 2006 | _____/s/_____<br>ROBERT L. VOLZ |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 11, 2006

_____
MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss
C 06-2387 MMC